**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1763

DONALD ANDREWS,

Plaintiff – Appellant,

v.

WOLCOTT RIVERS GATES; W. BRANTLEY BASNIGHT; DAVID M. BASTIAANS; RICHARD E. BIEMILLER; STEVEN L. BROWN; ADAM M. CARROLL; BARRY DORANS; CARL A. EASON; CHESHIRE I'ANSON EVELEIGH; JOHN F. FABER; RONALD M. GATES; AMEET I. HABIB; DOUGLAS E. KAHLE; KYLE D. KORTE; STEPHAN J. LIPSKIS; SAMUEL W. MEEKINS; MARK V. PASCUCCI; M. POWELL PETERS; STEPHEN P. PFEIFFER; ANTHONY F. RADD; DAVID N. REDA; CARTWRIGHT R. REILLY; WILSON L. RIVERS; GLEN M. ROBERTSON; C. ARTHUR ROBINSON; JOHN F. SAWYER; CULLEN D. SPECKHART; LESLIE R. WATSON; MARSHALL A. WINSLOW; EDWARD W. WOLCOTT; BRANDON H. ZEIGLER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:14-cv-00076-HEH)

Submitted: December 9, 2014     Decided: December 12, 2014

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Andrews, Appellant Pro Se. Brendan David O'Toole, WILLIAMS MULLEN, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald W. Andrews, Jr., appeals the district court's order dismissing this action alleging malicious prosecution, extortion, RICO violations and mail fraud. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Andrews v. Wolcott Rivers Gates, No. 3:14-cv-00076-HEH (E.D. Va. July 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED